IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ANTHONY K. HORNE | § |
| | § |
| V. | § CIVIL ACTION NO. G-06-686 |
| | § |
| GEAN LEONARD | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 12th day of January, 2007.

_____
Samuel B. Kent
United States District Judge